UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BRANDON GOURLEY,<br><br>Defendant. | NO. CR-06-6011-RHW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Defendant's Motion for Reconsideration (Ct. Rec.43). A hearing was held on the motion on September 26, 2006. Defendant was present and represented by Robert Fischer. The Government was represented by Assistant United States Attorney James Hagarty. This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. For the reasons stated on the record, Defendant's Motion for Reconsideration (Ct. Rec. 43) is **DENIED**.

2. Defendant's Motion to Expedite Hearing on Defendant's Motion for Reconsideration (Ct. Rec. 46) is **GRANTED**.

3. Jury selection for both trials will begin on Friday, October 6, 2006, at 1:30 p.m. in Richland, Washington.

///

///

**ORDER DENYING MOTION FOR RECONSIDERATION ~ 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** the 29th day of September, 2006.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\Gourley\deny.reconsideration.wpd

**ORDER DENYING MOTION FOR RECONSIDERATION ~ 2**